# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRZASTEK, LESZEK | § | Case No. 12-15098 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/13/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     8,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 4.84 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 7,985.16 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/27/2012 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,550.00 , for a total compensation of $ 1,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2013     By:/s/Joseph A. Baldi, Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1 - PRZASTEK
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-15098 | TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | PRZASTEK, LESZEK | | | Date Filed (f) or Converted (c): | 04/13/12 (f) |
| | | | | 341(a) Meeting Date: | 06/18/12 |
| For Period Ending: 05/13/13 | | | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 7939 W. BELMONT AVE #2D, EL | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT WITH CHASE | 150.00 | 0.00 | | 0.00 | FA |
| 3. BUSINESS CHECKING WITH BANK OF AMERICA | 300.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND USED FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. USED BOOKS, COMPACT DISCS FAMILY PICTURES | 100.00 | 0.00 | | 0.00 | FA |
| 6. USED PERSONAL CLOTHING | 650.00 | 0.00 | | 0.00 | FA |
| 7. 2007 NISSAN ALTIMA - JOINT WITH WIFE | 9,000.00 | 4,000.00 | | 4,000.00 | FA |
| sold Nissan and Chevy Express to Debtor for $8,000 net of exemptions | | | | | |
| 8. 2007 CHEVY EXPRESS CARGO VAN | 8,000.00 | 4,000.00 | | 4,000.00 | FA |
| sold Chevy Express and Nissan to Debtor for $8,000 net of exemptions - payments through April 2013 | | | | | |
| 9. HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $70,700.00   $8,000.00   $8,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/13    Current Projected Date of Final Report (TFR): 06/30/13

/s/   Joseph A. Baldi, Trustee
_____ Date: 05/13/13
JOSEPH A. BALDI, TRUSTEE

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)                                                                                                Ver: 17.01

FORM 2 - PRZASTEK

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

**Exhibit B**

| Case No: | 12-15098 -TAD | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PRZASTEK, LESZEK | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8217 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8904 | | |
| For Period Ending: | 05/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 1,000.00 |
| 09/27/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 2,000.00 |
| 10/29/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 3,000.00 |
| 11/28/12 | 7 | LESTER PRZASTEK | SALE OF PERSONAL PROPERTY | 1129-000 | 1,000.00 | | 4,000.00 |
| 12/27/12 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 5,000.00 |
| 01/31/13 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 6,000.00 |
| 02/07/13 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 4.84 | 5,995.16 |
| 02/26/13 | 8 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 6,995.16 |
| * 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 7,005.16 |
| 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 6,995.16 |
| 03/26/13 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 7,995.16 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 7,985.16 |

Page Subtotals    8,000.00    14.84

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 4)

Ver: 17.01

Case 12-15098    Doc 27    Filed 06/21/13    Entered 06/21/13 11:50:00    Desc Main
          Document      Page 5 of 9

FORM 2 - PRZASTEK

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-15098 -TAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PRZASTEK, LESZEK | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8217 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8904 | | |
| For Period Ending: | 05/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,000.00 | 14.84 | 7,985.16 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,000.00 | 14.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,000.00 | 14.84 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - *******8217 | | 8,000.00 | 14.84 | 7,985.16 |
| | | | | | 8,000.00 | 14.84 | 7,985.16 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT A - PRZASTEK<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 13, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 12-15098 | | Claim Class Sequence | | | |
| Debtor Name: | PRZASTEK, LESZEK | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $884.50 | $0.00 | $884.50 |
| 001<br>2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $1,550.00 | $0.00 | $1,550.00 |
| 000001<br>070<br>7100-90 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $19,492.32 | $0.00 | $19,492.32 |
| 000002<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>(Heritage Bank One)<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $4,824.62 | $0.00 | $4,824.62 |
| | Case Totals: | | | $26,751.44 | $0.00 | $26,751.44 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15098
Case Name: PRZASTEK, LESZEK
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $ 7,985.16

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 884.50 | $ 0.00 | $ 884.50 |

Total to be paid for chapter 7 administrative expenses  $ 2,434.50

Remaining Balance  $ 5,550.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,316.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Citibank, N.A. | $ 19,492.32 | $ 0.00 | $ 4,449.38 |
| 000002 | Portfolio Recovery Associates, LLC | $ 4,824.62 | $ 0.00 | $ 1,101.28 |

Total to be paid to timely general unsecured creditors        $        5,550.66

Remaining Balance                                              $            0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*