UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leszek Przastek, | ) | Case No. 12-15098 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: July 16, 2013 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

| | |
|---|---|
| Name of Applicant: | Joseph A. Baldi, Trustee |
| Authorized to Provide Professional Services to: | Estate |
| Date of Order Authorizing Employment: | April 13, 2012 |
| Period for Which Compensation is sought: | April 13, 2012 to Close of Case |
| Amount of Fees sought: | $1,550.00 |
| Amount of Expense Reimbursement sought: | $0.00 |

This is an:    Interim Application __    Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  $0.00  .

Dated: April 24, 2012                     Joseph A. Baldi, Trustee of the Estate of
                                          Leszek Przastek

                                          By: ____/s/Joseph A. Baldi, Trustee_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Leszek Przastek, | ) | Case No. 12-15098 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Time: July 16, 2013 |
| | ) | Hearing Date: 10:30 A.M. |

**Application for Allowance and Payment of
Final Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Leszek Przastek ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,550.00 as final compensation for services rendered as trustee in this case from April 13, 2012 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtors commenced this case on April 13, 2012 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's assets consisted of the Debtors' interest in two automobiles ("Property").

4. The bar date for filing claims in this case was November 27, 2012.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A. Trustee reviewed the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs. Trustee conducted an examination of the Debtors pursuant Section 341 of the Code.

B. Trustee negotiated with the Debtor for a sale to the Debtor of the Estate's interest in the Vehicles; upon receiving an acceptable offer, Trustee directed his attorneys to prepare and present a Motion to Sell the Vehicles to the Debtor; pursuant to this Court's order dated September 26, 2012, the Trustee recovered gross proceeds in the amount of $8,000.00 on account of the equity in the Vehicles;

C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

F. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $8,000.00 on behalf of the Estate. Trustee has made $14.84 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 8.80 hours rendering services on behalf of this Estate with a value of $1,674.50. Trustee estimates that he will spend, *at a minimum*, an additional two hours rendering services with a value of $350.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above, is $1,550.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $3,000.00 | $300.00 |
| Maximum allowable compensation | $1,550.00 |

12. Based upon the caliber of the services rendered by Trustee, the skill and speed at which the Trustee administered this case, and the results achieved, Trustee requests allowance and payment of final compensation for his services rendered as

3

trustee from the time of his appointment through the closing of this case in the amount of $1,550.00.

13. The amount requested represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above. Pursuant to Section 330(a)(7), the Court shall treat Trustee compensation under Section 326 as a commission.

14. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit C.

15. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

**Status of the Case**

16. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

17. Trustee has completed and filed his Final Report simultaneously herewith. A final fee application for the Trustee's Attorneys has also been filed concurrently with this Application.

18. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to timely filed general unsecured creditors.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Leszek Przastek requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,550.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from April 13, 2012 through the closing of this case;

B. For such other and further relief as this Court deems appropriate.

Dated: April 24, 2013					Joseph A. Baldi, as trustee of the estate of
							Leszek Przastek, Debtor


							By:_____/s/ Joseph A. Baldi_____

Joseph A. Baldi
19 S. LaSalle St.   Suite 1500
Chicago, IL 60603
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

Exhibit A

**Baldi Berg & Wallace, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

May 13, 2013
Invoice No: 02221

Joseph A. Baldi, Trustee
Baldi Berg & Wallace
20 N. Clark Street, Suite 200
Chicago, IL 60602

**In Reference to:**   *Przastek - Trustee*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 8/27/2012 | JMM | Request EIN from IRS (.2), Request New Account from Congressional (.1), Open New Bank Account and Deposit Check into TCMS (.1), Send Check via FedEx to Congressional (.1) | 0.50 $125.00/hr | $62.50 |
| 9/27/2012 | JMM | Deposit Check into TCMS (.1), Send Check via FedEx to Congressional (.1) | 0.20 $125.00/hr | $25.00 |
| 10/05/2012 | JAB | Open and Review September 2012 Bank Statements | 0.10 $450.00/hr | $45.00 |
| 10/05/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |
| 10/29/2012 | JMM | Deposit Check into TCMS (.1) and Send to Congressional via FedEx (.1) | 0.20 $125.00/hr | $25.00 |
| 11/15/2012 | JAB | Open and Review October 2012 Bank Statement | 0.10 $450.00/hr | $45.00 |
| 11/16/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $125.00/hr | $25.00 |

**Baldi Berg & Wallace, Ltd**                                                                  5/13/2013

Przastek - Trustee                                                                    Page    2

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 11/28/2012 | JMM | Deposit Check into TCMS (.1), Send Check via FedEx to Congressional (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/20/2012 | JAB | Open and review November 2012 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 12/21/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/26/2012 | JAB | Review case status and tasks to close, note follow up needed. | 0.20<br>$450.00/ hr | $90.00 |
| 12/27/2012 | JMM | Deposit Check into TCMS (.1), Send Check via FedEx to Congressional (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/14/2013 | JAB | Open and review December 2012 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 1/14/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/20/2013 | RKP | Review case file and documents re: 2012 tax return obligation; memo to L. West re: same | 0.10<br>$195.00/ hr | $19.50 |
| 1/31/2013 | JMM | Deposit Check into TCMS (.1) and Send Check to Congressional via FedEx (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 2/07/2013 | JMM | Review bond invoice, allocate premium per Estate based upon funds on hand, prepare distribution check | 0.10<br>$175.00/ hr | $17.50 |
| 2/11/2013 | JAB | Open and review January 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 2/11/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg & Wallace, Ltd**                                          5/13/2013

Przastek - Trustee                                                     Page    3

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/26/2013 | JMM | Deposit Check into TCMS (.1), Send check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/18/2013 | JAB | Open and review February 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 3/18/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/26/2013 | JMM | Deposit Check into TCMS (.1), Send check to Congressional via Fed Ex (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/10/2013 | JAB | Open and review March 2013 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 4/10/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/24/2013 | JMM | Review case file for information needed to prepare TFR and related documents (.5); Email to JAB re: questions regarding case (.1); Review claims and update system with information needed to prepare TFR and NFR (.4) | 1.00<br>$175.00/ hr | $175.00 |
| 4/24/2013 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0); and NFR (.4); Review and edit Trustee final report package (.5) | 3.40<br>$175.00/ hr | $595.00 |

|  |  |
|---|---|
| Total Fees | $1,674.50 |
| Total New Charges | $1,674.50 |
| Previous Balance | $0.00 |
| Balance Due | $1,674.50 |

**Baldi Berg & Wallace, Ltd**                                5/13/2013

Przastek - Trustee                                            Page    4

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 0.90 | $450.00 |
| Jason M Manola | 2.30 | $125.00 |
| Jason M Manola | 5.50 | $175.00 |
| Ricki K Podorovsky | 0.10 | $195.00 |
|  | **8.80** |  |

**Trustee's Final Fee Application**  **Leszek Przastek, Debtor**
**Case No. 12-15098**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | |
| Leszek Przastek, ) | Case No. 12-15098 |
| ) | |
| Debtors. ) | Hon. Timothy A. Barnes |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg & Wallace, Ltd. a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on April 24, 2013.

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**