# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRZASTEK, LESZEK | § | Case No. 12-15098 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi _____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Po Box 901039 Fort Worth, TX 76101 |  |  |  |  |  |
|  | GMAC Mortgage |  |  |  |  |  |
|  | Nissan Motor Acceptance Po Box 660360 Dallas, TX 75266 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt, Hasenmiller, Leibsker, Moore 125 S. Wacker Dr. Ste. 400 Chicago, IL 60606 | | | | | |
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank na Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Citibank na Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery & Affilates 120 Corporate Blvd., Suite 1 Norfolk, VA 23502 | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | CITIBANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1 - PRZASTEK

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-15098 | TAD | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | PRZASTEK, LESZEK | | | Date Filed (f) or Converted (c): | 04/13/12 (f) |
| | | | | 341(a) Meeting Date: | 06/18/12 |
| For Period Ending: | 12/05/13 | | | Claims Bar Date: | 11/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT 7939 W. BELMONT AVE #2D, EL | 50,000.00 | 0.00 | | 0.00 | FA |
| 2. PERSONAL CHECKING ACCOUNT WITH CHASE | 150.00 | 0.00 | | 0.00 | FA |
| 3. BUSINESS CHECKING WITH BANK OF AMERICA | 300.00 | 0.00 | | 0.00 | FA |
| 4. MISCELLANEOUS HOUSEHOLD GOODS AND USED FURNITURE | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. USED BOOKS, COMPACT DISCS FAMILY PICTURES | 100.00 | 0.00 | | 0.00 | FA |
| 6. USED PERSONAL CLOTHING | 650.00 | 0.00 | | 0.00 | FA |
| 7. 2007 NISSAN ALTIMA - JOINT WITH WIFE | 9,000.00 | 4,000.00 | | 4,000.00 | FA |
|    sold Nissan and Chevy Express to Debtor for $8,000 net of exemptions | | | | | |
| 8. 2007 CHEVY EXPRESS CARGO VAN | 8,000.00 | 4,000.00 | | 4,000.00 | FA |
|    sold Chevy Express and Nissan to Debtor for $8,000 net of exemptions -<br>   payments through April 2013 | | | | | |
| 9. HAND TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $70,700.00 | $8,000.00 | $8,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee was authorized to sell equity in vehicles back to Debtors; Debtors' were authorized to pay in installments;

entire sale proceeds have been received; Trustee reviewed claims; TFR filed; final hearing held; Trustee made final

distribution and will close case in August 2013.

Initial Projected Date of Final Report (TFR): 09/30/13     Current Projected Date of Final Report (TFR): 09/30/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.03a

**Form 1 - PRZASTEK**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-15098    TAD    Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | PRZASTEK, LESZEK | Date Filed (f) or Converted (c): | 04/13/12 (f) |
| | | 341(a) Meeting Date: | 06/18/12 |
| | | Claims Bar Date: | 11/27/12 |

/s/    Joseph A. Baldi

_____ Date: 12/05/13

JOSEPH A. BALDI

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.03a

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-15098 -TAD |
| Case Name: | PRZASTEK, LESZEK |
| | |
| Taxpayer ID No: | *******8904 |
| For Period Ending: | 12/05/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8217  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/28/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 1,000.00 |
| 09/27/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 2,000.00 |
| 10/29/12 | 7 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 3,000.00 |
| 11/28/12 | 7 | LESTER PRZASTEK | SALE OF PERSONAL PROPERTY | 1129-000 | 1,000.00 | | 4,000.00 |
| 12/27/12 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 5,000.00 |
| 01/31/13 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 6,000.00 |
| 02/07/13 | 001001 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 4.84 | 5,995.16 |
| 02/26/13 | 8 | LESTER PRZASTEK | SALE PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 6,995.16 |
| * 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 7,005.16 |
| 03/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 6,995.16 |
| 03/26/13 | 8 | LESTER PRZASTEK | SALE OF PROCEEDS: VEHICLES | 1129-000 | 1,000.00 | | 7,995.16 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 7,985.16 |
| 04/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 7,975.16 |
| | | | Page Subtotals | | 8,000.00 | 24.84 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-15098 -TAD |
|---|---|
| Case Name: | PRZASTEK, LESZEK |

| Taxpayer ID No: | *******8904 |
|---|---|
| For Period Ending: | 12/05/13 |

| Trustee Name: | Joseph A. Baldi |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8217  Checking Account (Non-Interest Earn |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 05/22/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 7,965.16 |
| 07/19/13 | 001002 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,550.00 | 6,415.16 |
| 07/19/13 | 001003 | Baldi Berg & Wallace, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 884.50 | 5,530.66 |
| 07/19/13 | 001004 | Portfolio Recovery Associates, LLC (Heritage Bank One) POB 41067 Norfolk VA 23541 | Claim 000002, Payment 22.74397% | 7100-000 | | 1,097.31 | 4,433.35 |
| 07/19/13 | 001005 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Claim 000001, Payment 22.74409% | 7100-900 | | 4,433.35 | 0.00 |

| | Page Subtotals | 0.00 | 7,975.16 |
|---|---|---|---|

Ver: 17.03a

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         12-15098 -TAD
Case Name:    PRZASTEK, LESZEK

Taxpayer ID No:  *******8904
For Period Ending:  12/05/13

Trustee Name:              Joseph A. Baldi
Bank Name:                 Congressional Bank
Account Number / CD #:     *******8217  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.00 | 8,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,000.00 | 8,000.00 | |

|  |  |  |  |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account (Non-Interest Earn - *******8217 | 8,000.00 | 8,000.00 | 0.00 |
| | ----------------- | ----------------- | ----------------- |
| | 8,000.00 | 8,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals             0.00             0.00

Ver: 17.03a

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*